IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY EUGENE SEARS,

    Plaintiff,

vs.                                      CASE NO. 5:06cv171/RS

MICHAEL W. MOORE; JAMES R.
McDONOUGH, Secretary of Department
of Corrections, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 11) and Plaintiff's Objection To Findings And Recommendations (Doc. 12). The court has reviewed *de novo* the plaintiff's objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915A(b)(1).

3. The clerk is directed to close the file.

ORDERED on November 30, 2006.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**